## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JAMIE SUE THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-0039-G** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of the** | ) | |
| **Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Now before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell, entered December 7, 2022. No objection to the Report and Recommendation has been filed within the time allowed, and no extension of time in which to object has been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge (Doc. No. 23) is ADOPTED in its entirety. The decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ORDERED this 25th day of January, 2023.

CHARLES B. GOODWIN
United States District Judge